IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO ELECTRICIANS
RETIREMENT BENEFIT PLAN,
MARIA GRANONE,
and CARL CONDIT,

    Plaintiffs,

v.                                      No. 14-cv-0796 KK/SMV

COLLEEN SCHULTE,
CANDICE SCHULTE,
HUGO D. SCHULTE,
and GABRIEL E. SCHULTE,

    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte. Plaintiffs filed their Complaint in Interpleader against Defendants on September 3, 2014. [Doc. 1] at 1. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs had 120 days from filing the Complaint within which to effect service of process. There is no indication on the record that service of process has been effected with respect to Defendants Hugo D. Schulte and Gabriel E. Schulte.

**IT IS THEREFORE ORDERED** that Plaintiffs show good cause why their claims against Defendants Hugo D. Schulte and Gabriel E. Schulte should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiffs shall file their response within **21 days** of entry of this Order.

**IT IS SO ORDERED.**

                                                                               _____
                                                                               **STEPHAN M. VIDMAR**
                                                                               **United States Magistrate Judge**